GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
Attorneys for Defendant,
*NATIONSTAR MORTGAGE, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOB R. RADAN and MYLA M. RADAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC<br><br>  Defendant. | Case No. 2:16-cv-02767-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

**COMES NOW**, Defendant, NATIONSTAR MORTGAGE, LLC, ("NATIONSTAR") by and through its attorney of record, GARY E. SCHNITZER, ESQ., of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., and the Plaintiffs, BOB R. RADAN and MYLA M. RADAN, by and through their attorney of record, DAVID KRIEGER, ESQ., of the law firm of HAINES & KRIEGER, LLC, and hereby submit this Stipulation to Extend Time To File An Answer or Otherwise Plead.

WHEREAS, Plaintiff filed their Complaint on December 2, 2016;

WHEREAS, based upon a verbal representation from Plaintiffs' counsel, Defendant's current deadline to file its Response to the Complaint is approximately December 30, 2016;

1

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiffs' Complaint;

WHEREAS, Defendant seeks up to and including January 6, 2017 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

(1) The current approximate deadline of December 30, 2016 for Defendant NATIONSTAR to file its Response to Plaintiffs' Complaint is hereby vacated;

///

///

///

///

///

///

///

///

///

///

///

(2) Defendant NATIONSTAR shall have up to and including January 6, 2017 to file an Answer or Otherwise Plead to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED this 14th day of December, 2016.

| | |
|---|---|
| */s/ David Krieger, Esq.* | */s/ Gary E. Schnitzer, Esq.* |
| David Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 395 |
| 8985 S. Eastern Ave., Ste. 350 | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV  89123 | Las Vegas, NV  89123 |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |
| *Bob R. Radan and Myla M. Radan* | *Nationstar Mortgage, LLC* |

**IT IS ORDERED.**

DATED this  23rd  day of December, 2016.

_____
United States Magistrate Judge

3