MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
rex.garner@akerman.com

*Attorneys for Nationstar Mortgage LLC*

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOB R. RADAN AND MYLA M. RADAN,

Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,

Defendant.

Case No.: 2:16-cv-02767-RFB-GWF

**SUBSTITUTION OF COUNSEL**

Nationstar Mortgage LLC hereby consents to the substitution of Melanie D. Morgan, Esq. and Rex D. Garner, Esq. of AKERMAN LLP as its counsel in the place and stead of GARY E. SCHNITZER, ESQ., OF THE LAW FIRM OF KRAVITZ, SCHNITZER & JOHNSON, CHTD., in the above-entitled matter.

DATED this 7 day of March, 2017.

**NATIONSTAR MORTGAGE LLC**

By: [signature]

Its: V.P., Associate General Counsel

////

////

////

{41095000;1}

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Gary E. Schnitzer, Esq. of the law firm of KRAVITZ, SCHNITZER & JOHNSON, CHTD., consents to the substitution of Melanie D. Morgan, Esq. and Rex D. Garner, Esq., of AKERMAN LLP as counsel of record in its place and stead on behalf of Defendant Nationstar Mortgage LLC.

DATED this 9 day of March, 2017.

**GARY E. SCHNITZER, ESQ.**

_______________________
GARY E. SCHNITZER, ESQ.
NEVADA BAR NO. 395
8985 So. Eastern Avenue, Suite 200
Las Vegas, NV 89123

Melanie D. Morgan, Esq. and Rex D. Garner, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Nationstar Mortgage LLC, in the place and stead of GARY E. SCHNITZER, ESQ. OF THE LAW FIRM OF KRAVITZ, SCHNITZER & JOHNSON, CHTD.

DATED this 7th day of March, 2017.

**AKERMAN LLP**

_______________________
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**ORDER**

IT IS SO ORDERED.

_______________________
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2017

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___ day of March, 2017 service of the foregoing **SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

George Haines
David H. Krieger
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Email: ghaines@hainesandkrieger.com

*Attorney for Plaintiffs*

Gary E. Schnitzer, Esq.
Kravitz, Schnitzer & Johnson, Chtd.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gschnitzer@ksjattorneys.com